UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAFAYETTE UPSHAW,

    Petitioner,

v.

GEORGE STEPHENSON,

    Respondent.

_____/

CASE NO. 2:20-cv-12560

HON. LINDA V. PARKER

MAG. PATRICIA T. MORRIS

## STIPULATED ORDER AMENDING CASE CAPTION

Undersigned counsel for Respondent and for Mr. Upshaw have consulted and agreed that the case caption in this matter be amended to show that, due to Mr. Upshaw's move to Macomb Correctional Facility, it is now *Upshaw v Stephenson*, E.D. Mich. No. 2:20-cv-12560.

**IT IS SO ORDERED**.

        s/ Linda V. Parker
        LINDA V. PARKER
        U.S. DISTRICT JUDGE

Dated: April 12, 2022

STIPULATED TO BY:


/s/ Tameka L. Tucker
Attorney for Petitioner
LAW OFFICES OF DAVID L.
MOFFITT & ASSOC, PLLC
30800 Telegraph Road, Suite 1705
Bingham Farms, MI  48025
(248) 644-0880
dlmoffittassoc@ameritech.net


DATED:  April 12, 2022

/s/ Jared D. Schultz (signed w.perm)
Assistant Attorney General
Mich Dep't of Attorney General
Attorney for Respondent
Criminal Appellate Division
525 W. Ottawa Street
Lansing, MI  48909
(517) 335-7650
schultzj15@michigan.gov


DATED:  April 12, 2022